for petitioner. *Robert W. Kenny,* Attorney General of California for respondent. 

No. 427. LAVENDER, ADMINISTRATOR, *v.* KURN ET AL., TRUSTEES, ET AL. October 21, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied for want of a final judgment. MR. JUSTICE BLACK and MR. JUSTICE MURPHY are of the opinion that the petition should be granted. *N. Murry Edwards, James A. Waechter* and *Douglas H. Jones* for petitioner. *Maurice G. Roberts, Cornelius H. Skinker, Jr., William R. Gentry, Charles A. Helsell* and *John W. Freels* for respondents. 

No. 164. MOSELEY ET AL. *v.* UNITED STATES APPLIANCE CORP. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter Slack* for petitioners. *Philip Harper Allen* for respondent. *Solicitor General McGrath* filed a memorandum for the United States, as *amicus curiae,* in support of the petition. 

No. 463. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL.; and

No. 552. THOMPSON, TRUSTEE, ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. October 28, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Douglas F. Smith, Kenneth F. Burgess, E. C. Hartman, E. H. Burgess, Thomas P. Healy* and *Guernsey Orcutt* for petitioners in No. 463 and respondents in No. 552. *M. G. Roberts* and *Clyde W.*

*Fiddes* for respondents in No. 463 and petitioners in No. 552. Reported below: 155 F. 2d 767.

No. 484. BAKER ET AL. *v.* UNITED STATES;
No. 485. SILVERMAN *v.* UNITED STATES; and
No. 486. JOHNSON *v.* UNITED STATES. October 28, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Henry G. Singer, G. Wray Gill* and *Hugh M. Wilkinson* for petitioners in No. 484. *Warren O. Coleman* for petitioner in No. 485. Petitioner *pro se* in No. 486. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States. Reported below: 156 F. 2d 386.

No. 489. GORDON *v.* PORTER, PRICE ADMINISTRATOR. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Louis H. Burke* for petitioner. *Solicitor General McGrath, John R. Benney, David London* and *Albert J. Rosenthal* for respondent.

No. 490. AMERICAN LECITHIN Co., INC. *v.* McNUTT, FEDERAL SECURITY ADMINISTRATOR. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Donald Marks* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 491. BOSTON & MAINE RAILROAD *v.* MEECH, ADMINISTRATRIX. October 28, 1946. Petition for writ of